**HAYES, Clerk of Courts v STATE ex OLDROYD MACHINE CO**

Ohio Supreme Court

No. 23165. Decided Dec 23, 1931

Marshall, CJ, Day, Allen, Kinkade and Robinson, JJ, concur.

Full opinion will be published later. Watch **Omnibus Index.**